UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TABITHA WILLIAMS, a person,<br><br>Plaintiff,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, an insurance company.<br><br>Defendant. | C17-1113 RSM<br><br>STIPULATION AND ORDER FOR 2-DAY EXTENSION OF DISCOVERY DEADLINE; |

## I. STIPULATED REQUEST

All parties respectfully request that the Court extend the discovery deadline for two days, to April 18, 2018, for the deposition of Rebecca Cremin.

## II. FACTS

The parties have been working for several months to schedule the deposition of Rebecca Cremin. Ms. Cremin was John Blanchard's supervisor and was one of the employees involved in the coverage denial in this matter. Counsel for both Plaintiff and Defendant both believed that Ms. Cremin lived in Washington state and that her deposition would be relatively easy to schedule. However, counsel for Defendant later learned that she has moved to New Mexico. The parties also learned that the calendars of Ms. Cremin, Plaintiff counsel, and Defense counsel

STIPULATED MOTION AND ORDER — 1

2:17-cv-01113-RSM

JOEL B. HANSON
ATTORNEY AT LAW, PLLC
19909 BALLINGER WAY NE
SHORELINE, WA 98155
joel@joelhansonlaw.com

prevented them from being available to conduct her deposition in New Mexico until the week of April 18, 2018. Accordingly, counsel for both parties have arranged travel for her deposition on April 18. Presently, the discovery deadline in this case is April 16, 2018. (Dkt. No. 10.)

DATED this 20th day of March, 2018.

JOEL B. HANSON, ATTORNEY AT LAW, PLLC

  /s/ Joel Hanson
Joel B. Hanson, WSBA #40814
Attorney for Plaintiff

DATED this 20th day of March, 2018.

LETHER & ASSOCIATES, PLLC

  /s/ Eric Neal
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444
F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
Counsel for Defendant Foremost Insurance Company Grand Rapids Michigan

**IT IS HEREBY ORDERED** this 23rd day of March that the parties' Stipulated Motion for a 2-Day Extension of the Discovery Deadline is GRANTED. The discovery deadline is moved to April 18, 2018 for the purpose of taking the deposition of Rebecca Cremin only.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER — 2

2:17−cv−01113−RSM

JOEL B. HANSON
ATTORNEY AT LAW, PLLC
19909 BALLINGER WAY NE
SHORELINE, WA 98155
joel@joelhansonlaw.com