**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TABITHA WILLIAMS, a person,<br><br>Plaintiff,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, an insurance company,<br><br>Defendant. | No. 2:17-cv-01113<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE** |

Defendant Foremost Insurance Company Grand Rapids, Michigan ("Foremost") and Plaintiff Tabitha Williams (collectively the "Parties") submit this Stipulated Motion to Continue Trial Date and Amend Case Schedule.

### I. INTRODUCTION

Under the current Case Schedule, trial is set to begin on August 13, 2018. However, counsel for Defendant has another trial scheduled to begin that same week, on August 14, 2018. That matter is *Gallagher v. Fire Insurance Exchange*, in Skagit County Super Court cause number 15-2-01710-4. That *Gallagher* matter has been pending since 2015, has included two unsuccessful mediations, and will be a seven day trial.

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE – 1
No. 2:17-cv-01113

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

In addition and in light of this Court's ruling on summary judgment, the Parties also stipulate to shorten the length of this trial to five (5) days.

Accordingly, the Parties stipulate to continue the trial date to September 17, 2018, as well as the related pre-trial deadlines on the Case Schedule. It is therefore respectfully requested that the Court amend the Case Schedule for the reasons set forth herein.

## II. STATEMENT OF FACTS

Plaintiff commenced this action June 22, 2017, in King County Superior Court. Docket at 1-2. Defendant Foremost removed this action to United States District Court on July 21, 2017. Dkt. at 1.

Since then, both parties have filed Motions for Partial Summary Judgment. Dkt. at 9 & 21. Plaintiff's Motion for Partial Summary Judgment was granted on October 3, 2017. Dkt. at 18. Defendant Foremost's Motion for Partial Summary Judgment is currently pending before the Court.

Counsel for Defendant Foremost has trial scheduled for a different matter that is set to begin on the very same week as this matter. Declaration of Eric Neal. That matter is *Gallagher v. Fire Insurance Exchange*, in Skagit County Super Court cause number 15-2-01710-4. Neal Decl. That case has been ongoing since 2015 and the parties have previously conducted two unsuccessful mediations. Neal Decl. As a result, it appears that the *Gallagher* matter will proceed to trial as scheduled. Neal Decl.

Plaintiff has agreed to continue the trial date to September of 2018 as a courtesy to Defendant.

For the reasons set forth herein, the Parties respectfully request that the Court amend the current Case Schedule and continue the trial date to September 17, 2018.

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE – 2
No. 2:17-cv-01113

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

## III. LEGAL AUTHORITY

The decision to modify a scheduling order is within the broad discretion of the district court. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992). The Federal Rules of Civil Procedure set forth a "good cause" standard for modifying a case schedule, and provide as follows:

> (4) *Modifying a Schedule.* A schedule may be modified only for good cause and with the judge's consent.

Fed. R. Civ. P. 16(b)(4).

A Court's evaluation of "good cause" considers the diligence of the party seeking the amendment and the degree of prejudice to the non-moving party. *Johnson v. Mammoth Recreations* 975 F.2d 604 (9th Cir. 1992). There is good cause to modify the Case Schedule in this case for several significant reasons.

In this case, there is no prejudice to the non-moving party because the Parties have stipulated to amending the Case Schedule. Also, counsel for Defendant has another trial for a much older case that has been noted for the same starting date as this matter.

As a result, there is good cause to amend the Case Schedule to continue the trial date and other related deadlines to September 17, 2018. The proposed Amended Case Schedule is as follows:

| Case Events | Amended Due Date |
| --- | --- |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 8/17/2018 |
| Agreed pretrial order due | 9/03/2018 |
| Pretrial conference to be schedule by the Court | |
| Trial Briefs, proposed voir dire questions, jury instructions, neutral statement of the case, | |

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE – 3
No. 2:17-cv-01113

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

| | |
|---|---:|
| and trial exhibits due | 9/10/2018 |
| **Trial Date** | **9/17/2018** |

### IV. CONCLUSION

Based on the foregoing, it is requested that the Court amend the Case Schedule to continue the trial date and other related deadlines to September 17, 2018, as presented above.

DATED this 9th day of April, 2018.   DATED this 9th day of April, 2018.

LETHER & ASSOCIATES, PLLC

*s/ Thomas Lether*
*s/ Eric J. Neal*
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
T: 203.467.5444
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Defendant*

JOEL HANSON, ATTORNEY AT LAW, PLLC

*s/ Joel Hanson*
Joel Hanson, WSBA #40814
6100 219th St SW
Ste 480
Mountlake Terrace, WA 98043-2222
425-582-5636
joel@joelhansonlaw.com
*Counsel for Plaintiff*

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE – 4
No. 2:17-cv-01113

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## V. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the Case Schedule be amended to continue the trial date and other related deadlines as follows:

| Case Events | Amended Due Date |
|---|---|
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 8/17/2018 |
| Agreed pretrial order due | 9/03/2018 |
| Pretrial conference to be schedule by the Court | |
| Trial Briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 9/10/2018 |
| **Trial Date** | **9/17/2018** |

DATED this 10 day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| LETHER & ASSOCIATES, PLLC | JOEL HANSON, ATTORNEY AT LAW, PLLC |
|---|---|
| *s/ Thomas Lether* <br> *s/ Eric J. Neal* <br> Thomas Lether, WSBA #18089 <br> Eric J. Neal, WSBA #31863 <br> 1848 Westlake Ave N., Suite 100 <br> Seattle, WA 98109 <br> T: 203.467.5444 <br> tlether@letherlaw.com <br> eneal@letherlaw.com <br> *Counsel for Defendant* | *s/ Joel Hanson* <br> Joel Hanson, WSBA #40814 <br> 6100 219th St SW <br> Ste 480 <br> Mountlake Terrace, WA 98043-2222 <br> 425-582-5636 <br> joel@joelhansonlaw.com <br> *Counsel for Plaintiff* |

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE – 5
No. 2:17-cv-01113

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544